■ In the Matter of Divine F. Dutchess County Department of Social Services, Respondent; Eleha F., Appellant. (Proceeding No. 1.) In the Matter of Jahmear R.F.-R. Dutchess County Department of Social Services, Respondent; Eleha F., Appellant. (Proceeding No. 2.) [30 NYS3d 916]—Appeal from an order of fact-finding and disposition of the Family Court, Dutchess County (Joan S. Posner, J.), dated October 27, 2014. The order, after fact-finding and dispositional hearings, found that the mother had neglected the subject children and, inter alia, awarded physical custody of the child Divine F. to the father.

Ordered that the order is affirmed, without costs or disbursements.

The Dutchess County Department of Community and Family Services commenced this proceeding pursuant to Family Court Act article 10 alleging that the mother neglected the subject children. After a fact-finding hearing, the Family Court found that the mother neglected the children.

Contrary to the mother's only contention on appeal, the Family Court's finding that the mother neglected the subject chil-

dren is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Morgene R. [Leah A.]*, 135 AD3d 769, 770 [2016]; *Matter of Tamara D. [Randolph P.]*, 120 AD3d 813 [2014]). Balkin, J.P., Hall, Miller and LaSalle, JJ., concur.